UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

2005 OCT 26 P 3: 46

CLERK US DIST COURT
E          CALIF

TIMOTHY PETER RALBOVSKY,

**ORDER RE: CERTIFICATE OF APPEALABILITY**

vs.

CV-F-05-0427 OWW/SMS HC

M. C. KRAMER, Warden,

_____/

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____

__X__    Denied for the following reason:

MERITLESS CHALLANGE TO CONSTITUTIONALITY

OF CAL. PENAL C. § 2933.3.

_____

_____

Dated: 10 - 25 - 05

OLIVER W. WANGER
United States District Judge